UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 22432
     PAMELA Y DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-7357
```

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/30/2007 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 21741.06 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AFNI INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1758.37 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 445.00 | .00 | .00 |
| BANK OF NEW YORK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 583.89 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK & GO | UNSECURED | 225.00 | .00 | .00 |
| COLLECTION SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1980.39 | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MANAGE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 568.44 | .00 | .00 |
| GEORGIA POWER CO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| RMA NATION REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| US PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,104.00 | | 1,278.80 |
| TOM VAUGHN | TRUSTEE | | | 111.20 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,390.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 22432 PAMELA Y DAVIS

```
PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,278.80
TRUSTEE COMPENSATION                                       111.20
DEBTOR REFUND                                                 .00
                         ---------------       ---------------
TOTALS                          1,390.00              1,390.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 07/24/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE